

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00410-CV

**COBRA ACQUISITIONS LLC** and Arty Straehla,
Appellants

v.

**AL GLOBAL SERVICES, LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI22581
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the trial court's June 4, 2019 order granting AL Global Services, LLC's motion to stay arbitration is REVERSED, and this case is REMANDED to the trial court for entry of an order (1) denying the motion to stay arbitration in its entirety, and (2) ordering the parties to arbitrate the claims presented in Cobra Acquisitions LLC and Arty Straehla's May 15, 2019 amended demand for arbitration. It is ORDERED that Appellants Cobra Acquisitions LLC and Arty Straehla recover their costs of appeal from Appellee AL Global Services, LLC.

SIGNED April 22, 2020.

_____
Irene Rios, Justice